STATE OF NEBRASKA, EX REL. JAMES C. DAHLMAN ET AL., V. JOEL A. PIPER, SECRETARY OF STATE.

| 50 | 39 |
| 57 | 42 |

FILED DECEMBER 16, 1896. NO. 8791.

Regularity of Nominating Conventions: DUTIES OF SECRETARY OF STATE: MANDAMUS. The decision in this case is ruled by *State v. Piper*, 50 Neb., 25.

ORIGINAL application for *mandamus*. *Writ denied.*

*Robert Wheeler, Frederick Shepherd,* and *Bane & Altschuler,* for relators.

*John H. Ames, contra.*

NORVAL, J.

This was an application for *mandamus* against the secretary of state to determine the validity of the nomination of R. S. Proudfit, and the right to have his name printed upon the official ballot as the nominee of the democratic party for congress in the fifth congressional district in this state. Two certificates of nomination of candidates for said office were filed with the secretary of state, both upon their face in apparent conformity with the requirements of the election law, and each purporting to be a certificate of nomination by the democratic party of that congressional district, in one of which R. D. Sutherland was named as the candidate, and the other certificate R. S. Proudfit was stated to be the nominee.

The respondent overruled the objections filed to the last named certificate. The facts and the questions involved are identical with those in *State v. Piper*, 50 Neb., 25, and following the decision therein, the writ must be denied.

WRIT DENIED.

IRVINE and RYAN, CC., not sitting.